GREGORY A. ROUGEAU (194437)
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 410
San Francisco, CA  94104
Telephone: (415) 992-8940
Facsimile: (415) 992-8915
e-mail:  grougeau@brlawsf.com

Attorneys for Plaintiff
JOANNE MERJANO

Signed and Filed: February 2, 2018

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT L. MERJANO and THERESA M. MERJANO,<br><br>           Debtors.<br>_____<br><br>JOANNE MERJANO, in her capacity as beneficiary of The James and Helen Merjano Trust Dated August 27, 1992,<br><br>           Plaintiff,<br><br>    v.<br><br>ROBERT L. MERJANO, an individual; THERESA M. MERJANO, an individual,<br><br>           Defendants. | Case No.:  16-31097<br><br>Chapter 11<br><br><br>Adv. Proc. No.  17-3011<br><br><br>**ORDER GRANTING PLAINTIFF JOANNE MERJANO'S MOTION TO DISMISS ADVERSARY PROCEEDING, WITH PREJUDICE, IN ITS ENTIRETY** |

      This matter came before the Court on the Motion To Dismiss Adversary Proceeding, With Prejudice, In Its Entirety (the "Motion") filed by Plaintiff JOANNE MERJANO (the "Plaintiff"), in her capacity as a beneficiary of the James and Helen Merjano Trust Dated August 27, 1992.

-1-

1    For good cause shown, with notice of the Motion proper, and no objections to the Motion having

2    been made, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

3        1.      The Motion is GRANTED;

4        2.      The above-captioned Adversary Proceeding, including any and all claims asserted

5    by Plaintiff under Section 727 of the United States Bankruptcy Code, is DISMISSED with

6    prejudice.

7

8                                    ** END OF ORDER **

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION TO DISMISS

Case: 17-03011    Doc# 29    Filed: 02/02/18    Entered: 02/02/18 18:05:07    Page 2 of 3

1      COURT SERVICE LIST
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING MOTION TO DISMISS